**Order entered October 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00620-CV

### OSCAR TURNER, Appellant

### V.

### ALLY FINANCIAL INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15114**

## ORDER

By letter dated October 3, 2018, the court reporter informed the Court that no hearings in this case were recorded. Accordingly, appellant shall file his brief by **November 5, 2018**.

/s/　　ADA BROWN
　　　　JUSTICE